# In the United States Court of Federal Claims

| | |
|---|---|
| MICHAEL MAVASHEV,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 19-1701C<br>(Filed: February 12, 2020) |

## ORDER

On November 1, 2019, the United States District Court Eastern District of New York transferred this case to this Court. Under Rules of the Court of Federal Claims (RCFC) 3.1(a)(4), Plaintiff was required to file a transfer complaint in this Court by December 6, 2019. To file such a complaint, Plaintiff's counsel would first need to be admitted to practice before the Court of Federal Claims pursuant to RCFC 83.1 and to register as a Filing User with the court's ECF system as described in Appendix E of the RCFC.

The Court issued an order on January 14, 2020 directing plaintiff to show cause by February 11, 2020 why this case should not be dismissed pursuant to RCFC 41(b) for failure to comply with the Rules of this Court or to prosecute this case. Plaintiff failed to respond to the show cause order. Accordingly, the Clerk of the Court is directed to dismiss this case pursuant to RCFC 41(b), for failure to prosecute and failure to comply with the Rules of the Court.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge